```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02459
  TODD C HALL
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

              Debtor
    SSN XXX-XX-3103


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/13/07 and confirmed on 07/20/07.

    2.  The case was dismissed after confirmation, 01/09/2009.

    3.  The Debtor paid a total of $    5427.67 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| FREMONT INVESTMENT | CURRENT MORTG | .00 | .00 | .00 |
| HSBC BANK | SECURED | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| WESTGATE RESORTS | SECURED | .00 | .00 | .00 |
| WESTGATE RESORTS | MORTGAGE ARRE | .00 | .00 | .00 |
| QUINLAN & FABISH MUSIC C | SECURED | 614.00 | .00 | 328.47 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 10207.33 | 1222.10 | 1043.42 |
| AMERICAN EDUCATION SERVI | UNSECURED | 8669.06 | .00 | .00 |
| ARROW FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2212.79 | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ICS | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 1750.00 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 794.24 | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 21735.03 | .00 | .00 |
| LHR COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK | MORTGAGE ARRE | 692.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAN EDUCATION SERVI | UNSECURED | 26010.95 | .00 | .00 |
| AMERICAN EDUCATION SERVI | UNSECURED | 1621.86 | .00 | .00 |
| AMERICAN EDUCATION SERVI | UNSECURED | 2276.20 | .00 | .00 |
| AMERICAN EDUCATION SERVI | UNSECURED | 5613.99 | .00 | .00 |
| AMERICAN EDUCATION SERVI | UNSECURED | 2237.99 | .00 | .00 |
| AMERICAN EDUCATION SERVI | UNSECURED | 820.43 | .00 | .00 |
| AMERICAN EDUCATION SERVI | UNSECURED | 5899.78 | .00 | .00 |

```
        Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  11513.33        .00    79642.32         .00    91155.65
PRINCIPAL PAID       1371.89        .00         .00         .00     1371.89
INTEREST PAID        1222.10        .00         .00         .00     1222.10
TOTAL PAID           2593.99        .00         .00         .00     2593.99
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    2802.50
and was paid $     66.00   direct and $    2599.98   through the plan.

The Trustee received $     233.70 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/11/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 02459 TODD C HALL